UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**UNITED STATES ATTORNEY'S OFFICE**
CRAIG CARPENITO
United States Attorney
EAMONN O'HAGAN
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel: (973) 645-2874

*Attorneys for the United States of America*

Order Filed on February 5, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

*In re*

PHILIP CASILLO,

                Debtor.

Chapter 13

Case No. 17-20445-RG

Judge: Hon. Rosemary Gambardella

**STIPULATION AND ORDER DETERMINING THE EXTENT OF THE
SECOND LIEN
OF THE U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

    The relief set forth on the following pages, numbered two (2) through three (3) are hereby
**ORDERED**
**DATED: February 5, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor: Philip Casillo

Bankr. Petition No. 17-20445-RG

Caption of Order: Stipulation & Order Determining Extent of Second Lien of U.S. Dept. of HUD

---

The debtor Philip Casillo (the "Debtor"), and creditor, U.S. Department of Housing and Urban Development ("HUD"), enter into the following stipulation pertaining to the extent of HUD's lien on real property owned by the Debtor:

HUD has a valid mortgage (the "HUD Subordinate Mortgage") on the real property owned by the Debtor, commonly known as 33 East Lakeshore Drive East, Vernon, New Jersey 07422 (the "Property").

The HUD Subordinate Mortgage in the amount of $27,311.88, shall be abrogated and null and void if the Debtor completes his chapter 13 plan in these proceedings and receives an order of discharge.

HUD shall have an allowed unsecured claim of $27,311.88, against the Debtor.

Upon the Debtor's successful completion of his chapter 13 plan and receipt of an order of discharge, the HUD Subordinate Mortgage shall be terminated.

In the event that the Debtor refinances the loans on the Property, or sells the Property prior to the completion of these chapter 13 proceedings and receipt of a chapter 13 discharge, then the HUD Subordinate Mortgage will be paid: (i) in the event of a refinancing, in full at closing; and (ii) in the event of a sale, to the extent of proceeds remaining after satisfying senior mortgages on the Property, unless a lesser amount is agreed to by the parties.

In the event that the Debtor fails to complete his chapter 13 plan in these

Debtor: Philip Casillo

Bankr. Petition No. 17-20445-RG

Caption of Order: Stipulation & Order Determining Extent of Second Lien of U.S. Dept. of HUD

---

proceedings and fails to obtain a chapter 13 discharge order in bankruptcy case number 17-20445, this Order shall not affect the validity or enforceability of the HUD Subordinate Mortgage and may not be enforced in any subsequent bankruptcy case filed by the Debtor either to compel the holder of the HUD Subordinate Mortgage to execute a discharge of the HUD Subordinate Mortgage, or to otherwise act as a discharge or release of the HUD Subordinate Mortgage.

Upon completion of the Debtor's chapter 13 plan and the entry of a chapter 13 discharge order in these proceedings, the Debtor may record a certified copy of this Order, with a copy of the Debtor's chapter 13 discharge order attached, which will constitute and effectuate the discharge of the HUD Subordinate Mortgage.

IN WITNESS WHEREOF, HUD and the Debtor have agreed to the foregoing as of the dates written below.

| | |
|---|---|
| Dated: January 31, 2018 | Dated: January 30, 2018 |
| **CRAIG CARPENITO**<br>**UNITED STATES ATTORNEY**<br>**DISTRICT OF NEW JERSEY** | **PHILIP CASILLO** |
| /s/ *Eamonn O'Hagan* | /s/ *Stephen B. McNally* |
| Eamonn O'Hagan, AUSA<br>*Attorneys to the United States of America* | Stephen B. McNally, Esq.<br>*Attorney for the Debtor* |

United States Bankruptcy Court
District of New Jersey

In re:
Philip Casillo
    Debtor

Case No. 17-20445-RG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Feb 07, 2018
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2018.
db          +Philip Casillo,    33 Lake Shore Drive East,    Highland Lakes, NJ 07422-1117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2018                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2018 at the address(es) listed below:
       Eamonn O'Hagan    on behalf of Creditor    United States of America (U.S. Dept. of HUD) eamonn.ohagan@usdoj.gov
       Marie-Ann Greenberg    magecf@magtrustee.com
       Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
       Stephen B. McNally    on behalf of Debtor Philip Casillo steve@mcnallylawllc.com, jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                   TOTAL: 5