Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                     Case No.: 17−20445−RG
                     Chapter: 13
                     Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Philip Casillo
   33 Lake Shore Drive East
   Highland Lakes, NJ 07422

Social Security No.:
   xxx−xx−1318

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/22/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 22, 2018
JAN: rah

                                                                             Jeanne Naughton
                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                               Case No. 17-20445-RG
Philip Casillo                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2              Date Rcvd: Feb 23, 2018
                              Form ID: 148               Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2018.
```
db             +Philip Casillo,    33 Lake Shore Drive East,    Highland Lakes, NJ 07422-1117
cr             +United States of America (U.S. Dept. of HUD),    U.S. Attorney's Office,    970 Broad Street,
                 Suite 700,    Newark, NJ 07102-2534
516839455       Deborah Gentile,    33 Lakeshore Drive E.,    Vernon, NJ 07462
516839456      +Ditech Financial LLC,    PO Box 44265,    Jacksonville, FL 32231-4265
516867840       HCS Collections,    PO Box 308,    Waldwick, NJ  07463
516839460      +HCS Collections,    75 Franklin Turnpike,    Waldwick, NJ 07463-1831
516839459      +Hackensack Radiology Group, P.A.,    c/o Michael Harrison, Esq.,    3155 Route 10 East, Suite 214,
                 Denville, NJ 07834-3430
516839461      +Lake Community P.O.A.,    PO Box 627,    Highland Lakes, NJ 07422-0627
516839462      +NJSVS,    PO Box 4850,    Trenton, NJ 08650-4850
516839463      +NJSVS,    Surcharge Administration Office,    PO Box 136,    Trenton, NJ 08666-0136
516932879      +NJSVS Bankruptcy Unit,    PO Box 4850,    Trenton, NJ 08650-4850
516839464      +Oller & Luzzi, LLC,    35 Green Pond Road,    Rockaway, NJ 07866-2057
516839465       Pluese, Becker & Saltzman, LLC,    20000 Horizon Way, Suite 900,    Mt. Laurel, NE 8054
516839466      +Remex, Inc.,    307 Wall St.,    Princeton, NJ 08540-1515
516839467      +Saraswati Dayal, MD, FACS, LLC,    PO Box 96,    Westwood, NJ 07675-0096
516839469      +Sidney Rabinowitz, M.D. P.A.,    c/o Andrea Visgilio-McGrath,    150 Clove Road, 2nd Floor,
                 Little Falls, NJ 07424-2139
517121656      +Sidney Rabinowitz, MD,    Andrea Visgilio-McGrath, LLC,    1 Lower Notch Road,    PO BOX 1100,
                 Little Falls, NJ 07424-8100
516870255      +US Dept of Housing and Urban Development,    451 7th St S.W.,    Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 23 2018 22:39:06     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 23 2018 22:39:06     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516839451      +EDI: TSYS2.COM Feb 23 2018 22:38:00      Barclays Bank Delaware,    PO Box 8803,
                 Wilmington, DE 19899-8803
516839453      +E-mail/Text: ering@cbhv.com Feb 23 2018 22:39:05     CB of Hudson Valley,    155 N. Plank Road,
                 Newburgh, NY 12550-1748
516839452      +EDI: CAPITALONE.COM Feb 23 2018 22:38:00      Capital One,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
516839454      +EDI: RCSFNBMARIN.COM Feb 23 2018 22:38:00      Credit One Bank,    PO Box 98873,
                 Las Vegas, NV 89193-8873
516922262       E-mail/Text: bankruptcy.bnc@ditech.com Feb 23 2018 22:39:04
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516846572       EDI: FORD.COM Feb 23 2018 22:38:00      Ford Motor Credit Company LLC,    Dept. 55953,
                 PO Box 55000,    Detroit, MI.  48255-0953
516839457      +EDI: FORD.COM Feb 23 2018 22:38:00      Ford Motor Credit Co,    PO Box 6508,
                 Mesa, AZ 85216-6508
516839458      +E-mail/Text: bankruptcy.bnc@ditech.com Feb 23 2018 22:39:04     Green Tree Servicing, LLC,
                 PO Box 6172,    Rapid City, SD 57709-6172
517013259       EDI: RESURGENT.COM Feb 23 2018 22:38:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517104204       EDI: PRA.COM Feb 23 2018 22:38:00      Portfolio Recovery Associates, LLC,    c/o Barclaycard,
                 POB 41067,    Norfolk VA 23541
517104226       EDI: PRA.COM Feb 23 2018 22:38:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
516955505      +EDI: AIS.COM Feb 23 2018 22:38:00      Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 14
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516839468     ##+Scipione, Berg & Associates, L.L.C.,    91 Clinton Road, Suite 2B,    Fairfield, NJ 07004-2913
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-2            User: admin                 Page 2 of 2                  Date Rcvd: Feb 23, 2018
                                Form ID: 148                Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2018 at the address(es) listed below:
          Eamonn  O'Hagan    on behalf of Creditor    United States of America (U.S. Dept. of HUD)
           eamonn.ohagan@usdoj.gov
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
          Stephen B. McNally    on behalf of Debtor Philip  Casillo steve@mcnallylawllc.com,
           jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```