Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                      Case No.:  17−20445−RG
                                      Chapter:  13
                                      Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Philip Casillo
    33 Lake Shore Drive East
    Highland Lakes, NJ 07422

Social Security No.:
    xxx−xx−1318

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                6/6/18
Time:              09:00 AM
Location:         Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

       An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

       **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 12, 2018
JAN: slm

                                                            Jeanne Naughton
                                                            Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-20445-RG
Philip Casillo                                                          Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Apr 12, 2018
                              Form ID: 132             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2018.
db             +Philip Casillo,    33 Lake Shore Drive East,    Highland Lakes, NJ 07422-1117
cr             +United States of America (U.S. Dept. of HUD),    U.S. Attorney's Office,    970 Broad Street,
                 Suite 700,    Newark, NJ 07102-2534
516839451      +Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
516839452      +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
516839455       Deborah Gentile,    33 Lakeshore Drive E.,    Vernon, NJ 07462
516839456      +Ditech Financial LLC,    PO Box 44265,    Jacksonville, FL 32231-4265
516846572     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:   Ford Motor Credit Company LLC,    Dept. 55953,    PO Box 55000,
                 Detroit, MI.   48255-0953)
516839457      +Ford Motor Credit Co,    PO Box 6508,    Mesa, AZ 85216-6508
516867840       HCS Collections,    PO Box 308,    Waldwick, NJ   07463
516839460      +HCS Collections,    75 Franklin Turnpike,    Waldwick, NJ 07463-1831
516839459      +Hackensack Radiology Group, P.A.,    c/o Michael Harrison, Esq.,    3155 Route 10 East, Suite 214,
                 Denville, NJ 07834-3430
516839461      +Lake Community P.O.A.,    PO Box 627,    Highland Lakes, NJ 07422-0627
516839462      +NJSVS,   PO Box 4850,    Trenton, NJ 08650-4850
516839463      +NJSVS,    Surcharge Administration Office,    PO Box 136,    Trenton, NJ 08666-0136
516932879      +NJSVS Bankruptcy Unit,    PO Box 4850,    Trenton, NJ 08650-4850
516839464      +Oller & Luzzi, LLC,    35 Green Pond Road,    Rockaway, NJ 07866-2057
516839465       Pluese, Becker & Saltzman, LLC,    20000 Horizon Way, Suite 900,    Mt. Laurel, NE 8054
516839466      +Remex, Inc.,    307 Wall St.,    Princeton, NJ 08540-1515
516839467      +Saraswati Dayal, MD, FACS, LLC,    PO Box 96,    Westwood, NJ 07675-0096
516839469      +Sidney Rabinowitz, M.D. P.A.,    c/o Andrea Visgilio-McGrath,    150 Clove Road, 2nd Floor,
                 Little Falls, NJ 07424-2139
517121656      +Sidney Rabinowitz, MD,    Andrea Visgilio-McGrath, LLC,    1 Lower Notch Road,    PO BOX 1100,
                 Little Falls, NJ 07424-8100
516870255      +US Dept of Housing and Urban Development,    451 7th St S.W.,    Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 12 2018 23:40:31      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 12 2018 23:40:28      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516839453      +E-mail/Text: ering@cbhv.com Apr 12 2018 23:40:25      CB of Hudson Valley,    155 N. Plank Road,
                 Newburgh, NY 12550-1748
516839454      +E-mail/PDF: creditonebknotifications@resurgent.com Apr 12 2018 23:42:51      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
516922262       E-mail/Text: bankruptcy.bnc@ditech.com Apr 12 2018 23:40:16
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516839458      +E-mail/Text: bankruptcy.bnc@ditech.com Apr 12 2018 23:40:16      Green Tree Servicing, LLC,
                 PO Box 6172,    Rapid City, SD 57709-6172
517013259       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 12 2018 23:42:36
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517104204       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 12 2018 23:42:33
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
517104226       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 12 2018 23:42:14
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
516955505      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 12 2018 23:42:57      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516839468     ##+Scipione, Berg & Associates, L.L.C.,    91 Clinton Road, Suite 2B,    Fairfield, NJ 07004-2913
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Apr 12, 2018
                              Form ID: 132             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2018 at the address(es) listed below:
          Eamonn  O'Hagan    on behalf of Creditor   United States of America (U.S. Dept. of HUD)
            eamonn.ohagan@usdoj.gov
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
          Stephen B. McNally    on behalf of Debtor Philip  Casillo steve@mcnallylawllc.com,
           jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 5
```