Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−20445−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Philip Casillo
   33 Lake Shore Drive East
   Highland Lakes, NJ 07422

Social Security No.:
   xxx−xx−1318

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/5/18 at 09:00 AM

to consider and act upon the following:

*54* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/20/2018. (Attachments: # 1 Proposed Order) (Greenberg, Marie−Ann)

*56* − Certification in Opposition to Trustee's Certification of Default (related document:54 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/20/2018. (Attachments: # 1 Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Stephen B. McNally on behalf of Philip Casillo. (Attachments: # 1 Certificate of Service) (McNally, Stephen)

Dated: 8/15/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Philip Casillo  
    Debtor

Case No. 17-20445-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 15, 2018  
                Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2018.  
db        +Philip Casillo,    33 Lake Shore Drive East,    Highland Lakes, NJ 07422-1117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2018 at the address(es) listed below:  
      Eamonn O'Hagan    on behalf of Creditor    United States of America (U.S. Dept. of HUD)  eamonn.ohagan@usdoj.gov  
      Marie-Ann Greenberg    magecf@magtrustee.com  
      Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com  
      Stephen B. McNally    on behalf of Debtor Philip Casillo steve@mcnallylawllc.com,  jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                TOTAL: 5