Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 17−20445−RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Philip Casillo
   33 Lake Shore Drive East
   Highland Lakes, NJ 07422

Social Security No.:
   xxx−xx−1318

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/19/18 at 10:00 AM

to consider and act upon the following:

*67* − Certification in Opposition to Default (related document:65 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 11/16/2018. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Stephen B. McNally on behalf of Philip Casillo. (Attachments: # 1 Certificate of Service) (McNally, Stephen)

Dated: 11/5/18

                        Jeanne Naughton
                        Clerk, U.S. Bankruptcy Court