Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−20445−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Philip Casillo
   33 Lake Shore Drive East
   Highland Lakes, NJ 07422

Social Security No.:
   xxx−xx−1318

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/19/18 at 10:00 AM

to consider and act upon the following:

*67* − Certification in Opposition to Default (related document:65 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 11/16/2018. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Stephen B. McNally on behalf of Philip Casillo. (Attachments: # 1 Certificate of Service) (McNally, Stephen)

Dated: 11/5/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 17-20445-RG
Philip Casillo　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2　　　　User: admin　　　　Page 1 of 1　　　　Date Rcvd: Nov 05, 2018
　　　　　　　　　　　　　　Form ID: ntchrgbk　　Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2018.
db　　　　　+Philip Casillo,　33 Lake Shore Drive East,　Highland Lakes, NJ 07422-1117
aty　　　　+Andrea Visgilio-McGrath,　1211 Hamburg Tpke Ste 217,　Wayne, NJ 07470-5040
cr　　　　　+United States of America (U.S. Dept. of HUD),　U.S. Attorney's Office,　970 Broad Street,
　　　　　　　Suite 700,　Newark, NJ 07102-2534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2018 at the address(es) listed below:
　　　　　Eamonn O'Hagan　　on behalf of Creditor　United States of America (U.S. Dept. of HUD)
　　　　　　eamonn.ohagan@usdoj.gov
　　　　　Marie-Ann Greenberg　　magecf@magtrustee.com
　　　　　Rebecca Ann Solarz　　on behalf of Creditor　Ditech Financial LLC rsolarz@kmllawgroup.com
　　　　　Stephen B. McNally　　on behalf of Debtor Philip Casillo steve@mcnallylawllc.com,
　　　　　　jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
　　　　　U.S. Trustee　　USTPRegion03.NE.ECF@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5