Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

      Case No.: 17−20445−RG
      Chapter: 13
      Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s)) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Philip Casillo
  33 Lake Shore Drive East
  Highland Lakes, NJ 07422

Social Security No.:
  xxx−xx−1318

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/18/19 at 10:00 AM

to consider and act upon the following:

**94** − Certification in Opposition to (related document:92 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 11/21/2019. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Stephen B. McNally on behalf of Philip Casillo. (Attachments: # 1 Certificate of Service) (McNally, Stephen)

Dated: 11/21/19

                      Jeanne Naughton
                      Clerk, U.S. Bankruptcy Court