Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  17−20445−RG
          Chapter:  13
          Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Philip Casillo
   33 Lake Shore Drive East
   Highland Lakes, NJ 07422

Social Security No.:
   xxx−xx−1318

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on April 10, 2019.

    On 12/11/19 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:                 January 15, 2020
Time:                08:30 AM
Location:         Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 17, 2019
JAN: smz

                                                                                               Jeanne Naughton
                                                                                               Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey

In re:                                                          Case No. 17-20445-RG
Philip Casillo                                                  Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin              Page 1 of 2              Date Rcvd: Dec 17, 2019
                             Form ID: 185             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2019.
db             +Philip Casillo,    33 Lake Shore Drive East,    Highland Lakes, NJ 07422-1117
aty            +Andrea Visgilio-McGrath,    1211 Hamburg Tpke Ste 217,    Wayne, NJ 07470-5040
cr             +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,   Suite 1400,
                 Philadelphia, PA 19103-1814
cr             +United States of America (U.S. Dept. of HUD),    U.S. Attorney's Office,    970 Broad Street,
                 Suite 700,    Newark, NJ 07102-2534
516839451      +Barclays Bank Delaware,    PO Box 8803,   Wilmington, DE 19899-8803
516839455       Deborah Gentile,    33 Lakeshore Drive E.,    Vernon, NJ 07462
516839456      +Ditech Financial LLC,    PO Box 44265,   Jacksonville, FL 32231-4265
516846572     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company LLC,      Dept. 55953,   PO Box 55000,
                 Detroit, MI. 48255-0953)
516839457      +Ford Motor Credit Co,    PO Box 6508,   Mesa, AZ 85216-6508
516867840       HCS Collections,    PO Box 308,   Waldwick, NJ  07463
516839459      +Hackensack Radiology Group, P.A.,    c/o Michael Harrison, Esq.,    3155 Route 10 East, Suite 214,
                 Denville, NJ 07834-3430
516839461      +Lake Community P.O.A.,    PO Box 627,   Highland Lakes, NJ 07422-0627
516839462      +NJSVS,    PO Box 1502,    Moorestown NJ 08057-9704
516839463      +NJSVS,    Surcharge Administration Office,    PO Box 136,   Trenton, NJ 08666-0136
516932879      +NJSVS Bankruptcy Unit,    POB 136,   Trenton, NJ 08666-0136
516839464      +Oller & Luzzi, LLC,    35 Green Pond Road,    Rockaway, NJ 07866-2057
516839465       Pluese, Becker & Saltzman, LLC,    20000 Horizon Way, Suite 900,    Mt. Laurel, NE 8054
516839466      +Remex, Inc.,    307 Wall St.,   Princeton, NJ 08540-1515
516839467      +Saraswati Dayal, MD, FACS, LLC,    PO Box 96,   Westwood, NJ 07675-0096
516839469      +Sidney Rabinowitz, M.D. P.A.,    c/o Andrea Visgilio-McGrath,    1211 Hamburg Tpke Ste 217,
                 Wayne NJ 07470-5040
517121656       Sidney Rabinowitz, MD,    Andrea Visgilio-McGrath, LLC,    1211 Hamburg Rpke Ste 217,
                 Wayne NJ 07470
517608885      +U.S. Department of Housing and Development,    451 7th Street,    Washington, DC 20410-0002
516870255      +US Dept of Housing and Urban Development,    451 7th St S.W.,    Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 18 2019 00:31:30      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 18 2019 00:31:25      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516839453      +E-mail/Text: ering@cbhv.com Dec 18 2019 00:31:19      CB of Hudson Valley,    155 N. Plank Road,
                 Newburgh, NY 12550-1748
516839452      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 18 2019 00:37:16      Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
516839454      +E-mail/PDF: creditonebknotifications@resurgent.com Dec 18 2019 00:35:51      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
516922262       E-mail/Text: bankruptcy.bnc@ditech.com Dec 18 2019 00:30:46
                 Ditech Financial LLC fka Green Tree Servicing LLC,     P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516839458      +E-mail/Text: bankruptcy.bnc@ditech.com Dec 18 2019 00:30:46      Green Tree Servicing, LLC,
                 PO Box 6172,    Rapid City, SD 57709-6172
516839460      +E-mail/Text: info@payhcs.com Dec 18 2019 00:32:23      HCS Collections,    75 Franklin Turnpike,
                 Waldwick, NJ 07463-1831
517013259       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 18 2019 00:37:34
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517104204       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 18 2019 00:35:49
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,   Norfolk VA 23541
517104226       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 18 2019 00:48:09
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
516955505      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 18 2019 00:36:00      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516839468      ##+Scipione, Berg & Associates, L.L.C.,    91 Clinton Road, Suite 2B,    Fairfield, NJ 07004-2913
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Dec 17, 2019
                              Form ID: 185             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2019                                    Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2019 at the address(es) listed below:

```
          Eamonn  O'Hagan    on behalf of Creditor    United States of America (U.S. Dept. of HUD)
           eamonn.ohagan@usdoj.gov
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Nicholas V. Rogers    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
          Robert  Davidow    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
          Sindi  Mncina    on behalf of Creditor    Ditech Financial LLC smncina@rascrane.com
          Stephen B. McNally    on behalf of Debtor Philip  Casillo steve@mcnallylawllc.com,
           jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Valerie A. Hamilton    on behalf of Creditor    NJSVS Surcharge Violation System Office
           Valerie.Hamilton@law.njoag.gov
                                                                                             TOTAL: 9
```