Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 17−20445−RG
                    Chapter: 13
                    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Philip Casillo
   33 Lake Shore Drive East
   Highland Lakes, NJ 07422

Social Security No.:
   xxx−xx−1318

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on April 2, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 110 − 107
Interim Order On Secured Creditor's Motion (related document:107 Motion for Relief from Stay re: 33 Lakeshore Drive East, Township or Vernon, New Jersey 07422. Fee Amount $ 181. Filed by Shauna M Deluca on behalf of Ditech Financial LLC.). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/1/2020. (car)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 2, 2020
JAN: car

                                               Jeanne Naughton
                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Philip Casillo
    Debtor

Case No. 17-20445-RG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Apr 02, 2020
                    Form ID: orderntc    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2020.
```
db         +Philip Casillo,   33 Lake Shore Drive East,   Highland Lakes, NJ 07422-1117
aty        +Andrea Visgilio-McGrath,   1211 Hamburg Tpke Ste 217,   Wayne, NJ 07470-5040
cr         +DITECH FINANCIAL LLC,   Phelan Hallinan & Schmieg, PC,   1617 JFK Boulevard,   Suite 1400,
             Philadelphia, PA 19103-1814
cr         +United States of America (U.S. Dept. of HUD),   U.S. Attorney's Office,   970 Broad Street,
             Suite 700,   Newark, NJ 07102-2534
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2020 at the address(es) listed below:
```
              Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
              Eamonn O'Hagan    on behalf of Creditor    United States of America (U.S. Dept. of HUD)
               eamonn.ohagan@usdoj.gov
              Laura M. Egerman    on behalf of Creditor    DITECH FINANCIAL LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Robert Davidow    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Shauna M Deluca    on behalf of Creditor    Ditech Financial LLC sdeluca@rasflaw.com
              Sindi Mncina    on behalf of Creditor    Ditech Financial LLC smncina@rascrane.com
              Stephen B. McNally    on behalf of Debtor Philip Casillo steve@mcnallylawllc.com,
               jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Valerie A. Hamilton    on behalf of Creditor    NJSVS Surcharge Violation System Office
               Valerie.Hamilton@law.njoag.gov
                                                                                             TOTAL: 11
```