**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY (NEWARK)**

Caption in Compliance with D.N.J. LBR 9004-2(c)

**RAS Citron, LLC**
Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone:  973-575-0707
Facsimile: 973-404-8886

Shauna Deluca, Esq. (SD-8248)

Order Filed on April 1, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.:  17-20445-RG |
| **Philip Casillo,** | Chapter:    13 |
| Debtor. | Hearing Date:  March 18, 2020 |
| | Judge:    Rosemary Gambardella |

### INTERIM ORDER ON SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 1, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Page 2**

THIS MATTER having come before the Court on the Motion for Relief from the Automatic Stay (the "Motion") filed by RAS Citron, LLC, attorneys for Ditech Financial LLC (the "Secured Creditor") with respect to the real property commonly known as 33 Lakeshore Drive East, Township of Vernon, New Jersey 07422 (the "Property"), and debtor Philip Casillo (the "Debtor"), by and through his counsel, Stephen B. McNally, having opposed the Motion; and for good cause shown, it is ORDERED AND DECREED as follows:

1.  The hearing on Secured Creditor's Motion, filed on February 13, 2020 at Docket Entry No. 107, is hereby adjourned to April 1, 2020 at 10:00 A.M.

2.  The Debtor shall make a payment in the amount of $2,351.42 for March 2020 and $2,351.42 for April 2020 directly to Secured Creditor on or before April 1, 2020. These payments are to be made in good funds via **certified check**.

3.  Payments to the Secured Creditor shall be made to the following address:

    - Ditech Financial LLC
      P.O. Box 0049
      Palatine, Illinois 60055-0049

4.  Should the Debtor fail to make any of the above referenced payments within the time prescribed within this Order, the court shall enter an Order granting relief from the Automatic Stay on April 1, 2020.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-20445-RG
Philip Casillo                                                            Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Apr 02, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2020.
db              +Philip Casillo,   33 Lake Shore Drive East,   Highland Lakes, NJ 07422-1117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2020 at the address(es) listed below:
            Andrew L. Spivack   on behalf of Creditor   Ditech Financial LLC nj.bkecf@fedphe.com
            Eamonn O'Hagan   on behalf of Creditor   United States of America (U.S. Dept. of HUD)
            eamonn.ohagan@usdoj.gov
            Laura M. Egerman   on behalf of Creditor   DITECH FINANCIAL LLC bkyecf@rasflaw.com,
            bkyecf@rasflaw.com;legerman@rasnj.com
            Marie-Ann Greenberg   magecf@magtrustee.com
            Rebecca Ann Solarz   on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
            Robert Davidow   on behalf of Creditor   DITECH FINANCIAL LLC nj.bkecf@fedphe.com
            Shauna M Deluca   on behalf of Creditor   Ditech Financial LLC sdeluca@rasflaw.com
            Sindi Mncina   on behalf of Creditor   Ditech Financial LLC smncina@rascrane.com
            Stephen B. McNally   on behalf of Debtor Philip Casillo steve@mcnallylawllc.com,
            jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com
            U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
            Valerie A. Hamilton   on behalf of Creditor   NJSVS Surcharge Violation System Office
            Valerie.Hamilton@law.njoag.gov
                                                                                        TOTAL: 11