| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on October 6, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  17-20445RG |
| IN RE:<br><br>    PHILIP CASILLO | Judge:  ROSEMARY GAMBARDELLA |

## ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: October 6, 2020**

*Honorable Rosemary Gambardella*
*United States Bankruptcy Judge*

Debtor(s): PHILIP CASILLO

Case No.: 17-20445RG

Caption of Order: ORDER DISMISSING PETITION

---

THIS MATTER having come before the Court on the application of the Chapter 13 Standing Trustee, and the Court having considered the Chapter 13 Standing Trustee's application and the Court having ordered the debtor(s) not to be more than thirty days in default as set forth in the attached certification, and the debtor(s) having failed to comply with that order as set forth in the attached certification, and good and sufficient cause appearing therefrom for the entry of this order, it is:

ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are hereby dismissed without prejudice.

ORDERED, pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

ORDERED AND DIRECTED, any funds held by the Chapter 13 Standing Trustee from payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s), less any applicable Trustee fees and commisions, except any adequate protection payments due under the proposed plan or by Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-20445-RG |
| Philip Casillo | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 06, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Philip Casillo, 33 Lake Shore Drive East, Highland Lakes, NJ 07422-1117 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 08, 2020 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Ditech Financial LLC nj.bkecf@fedphe.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (U.S. Dept. of HUD) eamonn.ohagan@usdoj.gov |
| Harold N. Kaplan | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com  informationathnk@aol.com |
| Laura M. Egerman | on behalf of Creditor DITECH FINANCIAL LLC bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com |

District/off: 0312-2 — User: admin — Page 2 of 2
Date Rcvd: Oct 06, 2020 — Form ID: pdf903 — Total Noticed: 1

Robert Davidow
    on behalf of Creditor DITECH FINANCIAL LLC nj.bkecf@fedphe.com

Shauna M Deluca
    on behalf of Creditor Ditech Financial LLC sdeluca@rasflaw.com

Sindi Mncina
    on behalf of Creditor Ditech Financial LLC smncina@rascrane.com

Stephen B. McNally
    on behalf of Debtor Philip Casillo steve@mcnallylawllc.com
    jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Valerie A. Hamilton
    on behalf of Creditor NJSVS Surcharge Violation System Office Valerie.Hamilton@law.njoag.gov

TOTAL: 12