Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−20445−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Philip Casillo
    33 Lake Shore Drive East
    Highland Lakes, NJ 07422

Social Security No.:
    xxx−xx−1318

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/6/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 6, 2020
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-20445-RG |
| Philip Casillo | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 06, 2020 | Form ID: 148 | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

@          Recipients marked '@' were noticed on Oct 09, 2020.

\>          Recipients marked '>' were noticed on Oct 08, 2020.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| >db | + | Philip Casillo, 33 Lake Shore Drive East, Highland Lakes, NJ 07422-1117 |
| >aty | + | Andrea Visgilio-McGrath, 1211 Hamburg Tpke Ste 217, Wayne, NJ 07470-5040 |
| >cr | + | DITECH FINANCIAL LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| >cr | + | United States of America (U.S. Dept. of HUD), U.S. Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2534 |
| >516839455 | | Deborah Gentile, 33 Lakeshore Drive E., Vernon, NJ 07462 |
| >516839456 | + | Ditech Financial LLC, PO Box 44265, Jacksonville, FL 32231-4265 |
| >518624997 | + | Ditech Financial LLC, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| >516922262 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| >516839458 | + | Green Tree Servicing, LLC, PO Box 6172, Rapid City, SD 57709-6172 |
| >516867840 | | HCS Collections, PO Box 308, Waldwick, NJ 07463 |
| >516839459 | + | Hackensack Radiology Group, P.A., c/o Michael Harrison, Esq., 3155 Route 10 East, Suite 214, Denville, NJ 07834-3430 |
| >516839461 | + | Lake Community P.O.A., PO Box 627, Highland Lakes, NJ 07422-0627 |
| >516839463 | + | NJSVS, Surcharge Administration Office, PO Box 136, Trenton, NJ 08666-0136 |
| >516839462 | + | NJSVS, PO Box 1502, Moorestown NJ 08057-9704 |
| >516932879 | + | NJSVS Bankruptcy Unit, POB 136, Trenton, NJ 08666-0136 |
| >518797000 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| >518797001 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826 Greenville, SC 29603-0826 |
| >516839464 | + | Oller & Luzzi, LLC, 35 Green Pond Road, Rockaway, NJ 07866-2057 |
| >516839465 | | Pluese, Becker & Saltzman, LLC, 20000 Horizon Way, Suite 900, Mt. Laurel, NE 8054 |
| @516839466 | + | Remex, Inc., 307 Wall St., Princeton, NJ 08540-1515 |
| >516839467 | + | Saraswati Dayal, MD, FACS, LLC, PO Box 96, Westwood, NJ 07675-0096 |
| >516839468 | + | Scipione, Berg & Associates, L.L.C., 91 Clinton Road, Suite 2B, Fairfield, NJ 07004-2913 |
| >516839469 | + | Sidney Rabinowitz, M.D. P.A., c/o Andrea Visgilio-McGrath, 1211 Hamburg Tpke Ste 217, Wayne NJ 07470-5040 |
| >517121656 | | Sidney Rabinowitz, MD, Andrea Visgilio-McGrath, LLC, 1211 Hamburg Rpke Ste 217, Wayne NJ 07470 |
| >517608885 | + | U.S. Department of Housing and Development, 451 7th Street, Washington, DC 20410-0002 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 06 2020 22:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 06 2020 22:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516839451 | + | EDI: TSYS2.COM | Oct 07 2020 01:48:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 516839453 | + | Email/Text: ering@cbhv.com | Oct 06 2020 22:07:00 | CB of Hudson Valley, 155 N. Plank Road, Newburgh, NY 12550-1748 |
| 516839452 | + | EDI: CAPITALONE.COM | Oct 07 2020 01:48:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 06, 2020 | Form ID: 148 | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| 516839454 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 06 2020 22:16:14 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 516846572 | | EDI: FORD.COM | Oct 07 2020 01:48:00 | Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI. 48255-0953 |
| 516839457 | + | EDI: FORD.COM | Oct 07 2020 01:48:00 | Ford Motor Credit Co, PO Box 6508, Mesa, AZ 85216-6508 |
| 516839460 | + | Email/Text: info@payhcs.com | Oct 06 2020 22:07:00 | HCS Collections, 75 Franklin Turnpike, Waldwick, NJ 07463-1831 |
| 517013259 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2020 22:16:16 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517104204 | | EDI: PRA.COM | Oct 07 2020 01:48:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517104226 | | EDI: PRA.COM | Oct 07 2020 01:48:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516870255 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Oct 06 2020 22:17:06 | US Dept of Housing and Urban Development, 451 7th St S.W., Washington, DC 20410-0002 |
| 516955505 | + | EDI: AIS.COM | Oct 07 2020 01:48:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Ditech Financial LLC nj.bkecf@fedphe.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (U.S. Dept. of HUD) eamonn.ohagan@usdoj.gov |
| Harold N. Kaplan | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com informationathnk@aol.com |
| Laura M. Egerman | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 06, 2020 | Form ID: 148 | Total Noticed: 39 |

on behalf of Creditor DITECH FINANCIAL LLC bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com

Marie-Ann Greenberg

magecf@magtrustee.com

Rebecca Ann Solarz

on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com

Robert Davidow

on behalf of Creditor DITECH FINANCIAL LLC nj.bkecf@fedphe.com

Shauna M Deluca

on behalf of Creditor Ditech Financial LLC sdeluca@rasflaw.com

Sindi Mncina

on behalf of Creditor Ditech Financial LLC smncina@rascrane.com

Stephen B. McNally

on behalf of Debtor Philip Casillo steve@mcnallylawllc.com
jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

Valerie A. Hamilton

on behalf of Creditor NJSVS Surcharge Violation System Office Valerie.Hamilton@law.njoag.gov

TOTAL: 12